UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MOLINAR, | No. C 07-6254 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT L. AYERS, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 17, 2007

                                            SUSAN ILLSTON
                                    United States District Judge