**OFFICE OF THE CLERK**
# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Antonio Molinar
C/O Doris Marowsky    K-07664
2330 Pleasant Hill Rd. #54
Pleasant Hill, CA 94523

**Notice Date**
1/15/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs.  Your application for In Forma Pauperis was denied and the filing fee is now due.

### *This fee is due for the following case:*

### Case Title:  Molinar v. Ayers

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:07-cv-06254-SI | 12/11/2007 | 12/11/2007 | $5.00 |

Please immediately send a check for $5.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $5.00**