Antonio Molinar, in Pro Se
P.O. Box 1751
Lakeport, CA  95453

FILED

MAR -4  P 12: 46

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OR CALIFORNIA

In Re:

|  |  |  |
|---|---|---|
| Antonio Molinar, | ) | Case No. 3:07-CV-06254-SI |
| Petitioner, | ) | |
| | ) | |
| On Habeus Corpus | ) | |

## NOTIFICATION OF CHANGE OF ADDRESS

This is to advise the Office of the Clerk of the U.S. District Court that as of March 3, 2008, any future correspondence from the Court should be mailed to:

Antonio Molinar
P.O. Box 1751
Lakeport, CA  95453

Respectfully submitted,

3 - 3 -08

Dated:

Antonio Molinar,
Petitioner in Pro Se

## DECLARATION OF SERVICE

Case Name:        Molinar v. Ayers

Case Number:       960201-2, Contra Costa County


I, Antonio Molinar, on March 3, 2008, served the attached:


### NOTIFICATION OF CHANGE OF ADDRESS


By placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail at Lakeport, California, addressed as follows:


United States District Court
Office of the Clerk
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102


Executed under penalty of perjury under the laws of the State of California and the United States at Lakeport, County of lake, California.

3- 3- 08

Dated:

Antonio Molinar